BEFORE THE THIRD DIVISION, OCTOBER 14, 1942

**No. 47641.**—Protests 807463–G, etc., of Abels Wasserberg & Co. et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, OCTOBER 16, 1942

**No. 47642.**—Protest 969037–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 44028 the jump sticks or trick paddles in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 47643.**—Protests 85253–K, etc., of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 41823 fur cats were held dutiable at 50 percent under paragraph 1519 (e) and metal kazoos, not plated, at 45 percent under paragraph 397 on the authority of Abstracts 44122 and 32264.

**No. 47644.**—Protest 30271–K of Tice Import Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the beaded bags in question were held dutiable at 50 percent under paragraph 411, as claimed, on the authority of Abstract 46773.

**No. 47645.**—Protest 39826–K of Tice Import Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the beaded bags in question were held dutiable at 50 percent under paragraph 411, as claimed, on the authority of Abstract 46773.

**No. 47646.**—Protests 58424–K, etc., of Louis Wolf & Co., Inc. (Seattle).

Opinion by OLIVER, P. J. It was stipulated that the celluloid football players are similar in all material respects to those the subject of *Pressner* v. *United States* (7 Cust. Ct. 106, C. D. 546). The claim at 60 percent under paragraph 31 was therefore sustained.